

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2016

No. 04-16-00437-CV

Michael E. **GEIGER**,
Appellant

v.

Paul A. **HAMPEL**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI13615
Honorable Renée Yanta, Judge Presiding

# O R D E R

Appellant Michael E. Geiger filed a notice of appeal on July 5, 2016. On July 6, 2016, the clerk of this court notified appellant that the required filing fee had not been paid and that the required docketing statement had not been filed. The clerk further advised appellant that if the required filing fee was not paid by July 21, 2016, the matter would be referred to the court.

To date, appellant has failed to pay the applicable filing fee in this appeal. Texas Rule of Appellate Procedure 5 provides,

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

On July 21, 2016, appellant filed a motion seeking an extension of forty-five days to pay his filing fee and to file his docketing statement. Appellant's motion is GRANTED IN PART. Appellant's filing fee and docketing statement are due on **August 26, 2016**.

By **August 26, 2016**, appellant must either (1) pay the applicable filing fee in this appeal, or (2) provide written proof to this court that he is excused by statute or these rules from paying the filing fee. *See* TEX. R. APP. P. 20.1 (providing that party who qualifies as indigent under Rule 20 may proceed without advance payment of costs). **If appellant fails to respond within the time provided, this appeal will be dismissed.** *See* TEX. R. APP. P. 42.3(c).

Karen Angelini, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2016.

Keith E. Hottle
Clerk of Court

